# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 03-3934

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the District |
| Luis Lira, also known as Luis Joel | * | of Minnesota. |
| Lira-Lopez, also known as Joel Lira- | * | |
| Lopez, also known as David Machuka- | * | [UNPUBLISHED] |
| Hernandez, also known as Manuel | * | |
| Machuka-Perez, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted: August 26, 2004
Filed: August 31, 2004

_____

Before SMITH, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Luis Lira appeals the sentence the district court[*] imposed after Lira pleaded guilty to possessing cocaine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B) and 18 U.S.C. § 2, and illegally reentering the United States

_____

[*]The Honorable David S. Doty, United States District Judge for the District of Minnesota.

following deportation, in violation of 8 U.S.C. § 1326(a). Lira's counsel has moved to withdraw and filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing the court should have sentenced Lira below the statutory minimum.

We conclude the district court committed no error in not departing below the statutory minimum sentence, because the government had not filed a substantial-assistance motion and Lira did not qualify for safety-valve relief. <u>See</u> 18 U.S.C. § 3553(e); U.S.S.G. § 5C1.2(a)(1); <u>United States v. Chacon</u>, 330 F.3d 1065, 1066 (8th Cir. 2003). Having conducted an independent review under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), and finding no nonfrivolous issues, we affirm the judgment of the district court. We also grant counsel's motion to withdraw.

_____